IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**RALPH ERVIN CRUTCHFIELD**                                                                 **PETITIONER**
**ADC #131669**

v.                          Case No. 5:14-cv-148-KGB-BD

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                                                **RESPONDENT**

## JUDGMENT

In accordance with the Court's Order entered on this date, the Court denies and dismisses with prejudice Ralph Ervin Crutchfield's 28 U.S.C. § 2254 petition for writ of habeas corpus (Dkt. No. 1).

SO ADJUDGED this the 3rd day of December, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE